IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

ARCHDIOCESE OF MILWAUKEE,

Debtor.

Case No. 11-20059-svk

Chapter 11

Hon. Susan V. Kelley

**MOTION TO WITHDRAW THE REFERENCE FOR CLAIMS ALLOWANCE
AND DISALLOWANCE PURSUANT TO 28 U.S.C. § 157(d)**

Archdiocese of Milwaukee, debtor and debtor in possession (the "Debtor"), moves the Court, pursuant to 28 U.S.C. § 157(d) and Rule 5011 of the Federal Rules of Bankruptcy Procedure, for an order withdrawing the reference to the bankruptcy court in this district for claims allowance or disallowance in the above-captioned Chapter 11 case. The basis for this motion, as more fully set forth in the accompanying memorandum, is that withdrawing the reference promotes judicial economy, conserves resources, expedites the bankruptcy process, and reduces delay and costs because related cases are currently pending in the United States District Court for the Eastern District of Wisconsin. A listing of the related cases is attached hereto as Exhibit A.

WHEREFORE, the Debtor respectfully requests that the District Court withdraw the reference to the Bankruptcy Court for claims allowance or disallowance in the above-captioned Chapter 11 case.

Daryl L. Diesing
Bruce G. Arnold
Francis H. LoCoco
Michael E. Gosman
WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street, Suite 1900
Milwaukee, Wisconsin 53202-3819
Telephone: (414) 273-2100
Facsimile: (414) 223-5000
Email: ddiesing@whdlaw.com
       barnold@whdlaw.com
       flococo@whdlaw.com
       mgosman@whdlaw.com

Dated this 15th day of May, 2012.

                Respectfully submitted,

                ARCHDIOCESE OF MILWAUKEE
                Debtor and Debtor-in-Possession
                by its counsel,
                Whyte Hirschboeck Dudek S.C.

                By:  /s/ Francis H. LoCoco
                     Daryl L. Diesing
                     State Bar No. 1005793
                     Bruce G. Arnold
                     State Bar No. 1002833
                     Francis H. LoCoco
                     State Bar No. 1012896
                     Michael E. Gosman
                     State Bar No. 1078872

POST OFFICE ADDRESS:
555 East Wells Street, Suite 1900
Milwaukee, WI 53202
Telephone: (414) 273-2100
Facsimile: (414) 223-5000
Email: ddiesing@whdlaw.com
       barnold@whdlaw.com
       flococo@whdlaw.com
       mgosman@whdlaw.com

## Exhibit A

**Related Cases Currently Pending in the United States District Court for the Eastern District of Wisconsin**

| Judge | Docket Number |
|---|---|
| Rudolph T. Randa | 12-CV-288-rtr |
| Rudolph T. Randa | 12-CV-289-rtr |
| Rudolph T. Randa | 12-CV-290-rtr |
| Rudolph T. Randa | 12-CV-291-rtr |
| Rudolph T. Randa | 12-CV-292-rtr |