**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

Archdiocese of Milwaukee,

        Plaintiff,

   v.

Official Committee of Unsecured Creditors,

        Defendant.

Appeal No. 12-CV-580-rtr

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2012, I electronically filed the *Correspondence Regarding the Archdiocese of Milwaukee's Reply Brief* and a *Certificate of Service* relating to the same with the Clerk of Courts using the ECF system.

The ECF system will send notification of such filing to:

    Albert Solochek – asolochek@hswmke.com
    Jason R. Pilmaier – jpilmaier@hswmke.com
    Jeffrey R. Anderson – jeff@andersonadvocates.com
    Michael G. Finnegan – mike@andersonadvocates.com

Notice has been delivered by U.S. Mail to the individuals listed on **Exhibit A**.

[Signature Page Follows]

Dated this 8th day of June, 2012.

                  ARCHDIOCESE OF MILWAUKEE
                  Debtor and Debtor-in-Possession
                  by its counsel,
                  Whyte Hirschboeck Dudek S.C.

                  By:   s/ Francis H. LoCoco
                          Daryl L. Diesing
                          State Bar No. 1005793
                          Bruce G. Arnold
                          State Bar No. 1002833
                          Francis H. LoCoco
                          State Bar No. 1012896
                          Daniel J. La Fave
                          State Bar No. 1020190
                          Michael E. Gosman
                          State Bar No. 1078872

POST OFFICE ADDRESS:
555 East Wells Street, Suite 1900
Milwaukee, WI 53202
Telephone: (414) 273-2100
Facsimile: (414) 223-5000
Email: ddiesing@whdlaw.com
       barnold@whdlaw.com
       flococo@whdlaw.com
       dlafave@whdlaw.com
       mgosman@whdlaw.com

WHD/8691502.1    2

Case 2:12-cv-00580-RTR   Filed 06/08/12   Page 2 of 3   Document 3

# Exhibit A

Jeffrey R. Anderson
Michael G. Finnegan
Jeff Anderson & Associates
366 Jackson St., Suite 100
St. Paul, MN 55101
*Counsel for Certain Claimants*

Albert Solochek
Jason R. Pilmaier
Howard, Solochek & Weber, S.C.
324 East Wisconsin Ave., Suite 1100
Milwaukee, WI 53202
*Counsel for the Official Committee of Unsecured Creditors*

Kenneth H. Brown
Pamela M. Egan
Pachulski Stang Ziehl & Jones
150 California St – 15th Floor
San Francisco, CA 94111-4500
*Counsel for the Official Committee of Unsecured Creditors*