# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

In re:

**ARCHDIOCESE OF MILWAUKEE,**
Bankruptcy Case No. 11-20059-svk,        CASE NUMBER: **12-C-580**

　　　　　Debtor.


☒    **Decision by Court.**  This action came on for consideration and a decision has been rendered.


IT IS ORDERED AND ADJUDGED **that the motion of the Archdiocese of Milwaukee for the district court to withdraw the reference to the bankruptcy court for purposes of claim allowance and disallowance is DENIED.**

**This appeal is hereby DISMISSED.**


　　　**October 29, 2012**　　　　　　　　　　　**JON W. SANFILIPPO**
Date                                                                    Clerk


　　　　　　　　　　　　　　　　　　　　　　　 s/ Linda M. Zik
　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk